# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

JOSHUA A PERKINS,

      Plaintiff,

v.                                                    Case No. 19-3328-CV-S-BCW-P

JEFF NORMAN, et al.,

      Defendants.



O    **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

x    **DECISION OF THE COURT**.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed without prejudice.


Entered on:  July 6, 2020

                                          PAIGE WYMORE-WYNN
                                          CLERK OF COURT


                                        /s/ K. Willis
                                        (By) Deputy Clerk